UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GULF FLEET TIGER ACQUISITION, L.L.C.** | * | CIVIL ACTION NO. |
| | * | SECTION "___" |
| **VERSUS** | * | |
| | * | MAGISTRATE "___" |
| **THOMA-SEA SHIP BUILDERS, L.L.C. and THOMA-SEA PROPERTIES, L.L.C.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

COMES NOW, Gulf Fleet Tiger Acquisition, L.L.C. ("Gulf Fleet Tiger"), by and through its undersigned counsel, and for its Complaint against the defendants, Thoma-Sea Ship Builders, L.L.C. and Thoma-Sea Properties, L.L.C., avers upon information and belief as follows:

### PARTIES, JURISDICTION & VENUE

1.

Gulf Fleet Tiger is a Delaware limited liability company. Its sole member is HIG Gulf Fleet Acquisition, LLC. That company is also a Delaware limited liability company and its membership is not comprised of any Louisiana citizens.

1

2.

Thoma-Sea Ship Builders, L.L.C. is a Louisiana limited liability company with its registered office in LaFourche Parish. Upon information and belief, the member or members of the limited liability company are citizens of Louisiana.

3.

Thoma-Sea Properties, L.L.C. is a Louisiana limited liability company with its registered office in Terrebonne Parish. Upon information and belief, the member or members of the limited liability company are citizens of Louisiana.

4.

Subject matter jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §1332(a) in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

5.

Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(a)(2), as a substantial part of the events giving rise to this action occurred in this judicial district. In the alternative, venue is proper in this judicial district pursuant to 28 U.S.C. §1391(a)(1), as this is a judicial district where the defendants reside for purposes of venue. In the further alternative, venue is proper in this judicial district pursuant to 28 U.S.C. §1391(a)(3), as this is a judicial district in which the defendants are subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought

## **FACTS**

6.

On July 31, 2007, Thoma-Sea Ship Builders, L.L.C. and Gulf Fleet Holdings, Inc. entered into a certain Vessel Construction Contract whereby Thoma-Sea Ship Builders, L.L.C. agreed to build for Gulf Fleet Holdings, Inc. a vessel then designated as Hull No. 116 (the "Vessel").

7.

On June 27, 2008, an addendum to the Vessel Construction Contract (the "Addendum") was executed in which, among other things, Gulf Fleet Tiger was substituted as the purchaser of the Vessel.

8.

Upon information and belief, Thoma-Sea Ship Builders, L.L.C. has merged with and/or merged into Thoma-Sea Properties, L.L.C., and Thoma-Sea Properties, L.L.C. has assumed all obligations of Thoma-Sea Ship Builders, L.L.C., including those contained in the Vessel Construction Contract.

9.

Pursuant to the Vessel Construction Contract and Addendum, Thoma-Sea Ship Builders, L.L.C. agreed to complete construction of the Vessel in a workmanlike manner and in accordance with the plans and specifications. It also agreed that prior to tendering the Vessel to Gulf Fleet Tiger, and demanding the remainder of the sale price, it would first complete all necessary construction of the Vessel and then conduct dock trials to re-test all equipment and make necessary adjustments and thereafter conduct suitable sea trials.

10.

Thoma-Sea Ship Builders, L.L.C. has failed to complete construction of the Vessel in accordance with the Vessel Construction Contract and Addendum and plans and specifications.

11.

Notwithstanding its failure to complete construction, Thoma-Sea Ship Builders, L.L.C. on April 28, 2010, notified Gulf Fleet Tiger it had completed the dock trials and sea trials and that pursuant to an earlier change order, payment of the remainder of the price, which it claims is $16,128,054.87, was and is due within 15 days of completion of those trials.

12.

Thoma-Sea Ship Builders, L.L.C. further advised in the April 28, 2010, letter that if Gulf Fleet Tiger failed to meet its payment demand it would attempt to lease, rent or sell the Vessel to a third party.

13.

Gulf Fleet Tiger has no obligation to pay the remainder of the sale price at this time because Thoma-Sea Ship Builders, L.L.C. has failed to complete construction of the Vessel in accordance with the Vessel Construction Contract and Addendum and plans and specifications.

14.

Moreover, Gulf Fleet Tiger disputes that the remainder of the sale price is $16,128,054.87, an amount that exceeds the contract price by over $1,000,000.00, and demands strict proof thereof.

## **DECLARATORY JUDGMENT**

14.

Gulf Fleet Tiger is entitled to and prays for a judgment declaring that Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. has failed to complete construction of the Vessel in accordance with the Vessel Construction Contract and Addendum and plans and specifications and that Gulf Fleet Tiger is not yet obligated to pay the remainder of the agreed sale price, and in no event is obligated to pay the inflated sale price that Thoma-Sea Ship Builders, L.L.C. has demanded. Gulf Fleet Tiger is also entitled to and prays for a judgment declaring that the Vessel Construction Contract and Addendum does not permit Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. to lease, rent or sell the Vessel to any party other than Gulf Fleet Tiger. Finally, Gulf Fleet Tiger is entitled to and prays for a judgment declaring the proper sale price.

## **INJUNCTIVE RELIEF**

15.

In addition, Gulf Fleet Tiger is entitled to injunctive relief precluding Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. from leasing, renting, or selling the Vessel to any party other than Gulf Fleet Tiger.

## **BREACH OF CONTRACT**

16.

By failing to complete construction of the Vessel in accordance with the Vessel Construction Contract and Addendum and plans and specifications, Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. has breached the Vessel Construction Contract and Addendum and Gulf Fleet Tiger is entitled to recover its damages, accordingly.

## UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION ACT VIOLATION

17.

By performing sea trials prematurely, before completion of construction, Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. have attempted to trigger early payment and acceptance of the Vessel by Gulf Fleet Tiger and thereby avoid construction work it had contracted to do. In so doing, Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. have sought to increase its profit and consequently the ultimate cost to Gulf Fleet Tiger.

18.

Thoma-Sea Ship Builders, L.L.C. and/or Thoma-Sea Properties, L.L.C. further made demand for purchase at an inflated price, while threatening to convey the vessel to third parties.

19.

The foregoing constitutes fraud, misrepresentation, deception, and unethical conduct that offends established public policy and is immoral, unethical, oppressive, unscrupulous and, substantially injurious. Accordingly, Gulf Fleet Tiger is entitled to recover treble damages, reasonable attorneys' fees, and costs under the Louisiana Unfair Trade Practices and Consumer Protection Act, La. R.S. §§ 51:1401-1426.

## JURY TRIAL

Gulf Fleet Tiger is entitled to and prays for a trial by jury.

## PRAYER

WHEREFORE, Gulf Fleet Tiger prays that Thoma-Sea Ship Builders, L.L.C. and Thoma-Sea Properties, L.L.C. be duly cited to appear and answer this Petition and that the Court enter judgment in favor of Gulf Fleet Tiger and against Thoma-Sea Ship Builders, L.L.C. and

Thoma-Sea Properties, L.L.C., awarding the declaratory and injunctive relief described above and for damages, plus costs, attorneys' fees, expenses, interest, and treble damages, and for all further relief this Court deems just and proper. Gulf Fleet Tiger also prays for a trial by jury.

                                        Respectfully submitted:

                                        */s/ 5/11/10*
                                        **MILES P. CLEMENTS – BAR # 4184**
                                        **MICHAEL H. PINKERTON – BAR # 25212**
                                        **EDWARD J. RANTZ, JR. – BAR #25220**
                                        FRILOT, L.L.C.
                                        1100 Poydras Street, Suite 3700
                                        New Orleans, Louisiana 70163
                                        Telephone: (504) 599-8000
                                        Facsimile: (504) 599-8100

                                        ATTORNEYS FOR GULF FLEET TIGER
                                        ACQUISITION, L.L.C.

**PLAINTIFF WILL SEND A COPY BY MAIL TO:**

Hon. James D. "Buddy" Caldwell
Attorney General
State of Louisiana
Attention: Civil Division
1885 North 3rd St., 6th Floor
Baton Rouge, Louisiana 70802